IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO. |
| ) | 22-cr-00006-KD-MU |
| VINCENT VO TRAN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This action is before the Court on Defendant Vincent Vo Tran's motion for judgment of acquittal or, in the alternative, motion for a new trial pursuant to Fed. R. Crim. P. 29 and 33; the United States' response, and Tran's reply (docs. 54, 56, 57).

Tran challenges his conviction for conspiracy to possess with intent to distribute methamphetamine (Count One).  As to the motion for judgment of acquittal, he argues that the United States failed to present sufficient evidence of a conspiracy and therefore the jury could not have found him guilty under any reasonable construction of the evidence. As to the motion for new trial, Tran argues that the United States' evidence allows a reasonable inference of distribution – a buyer/seller relationship - but not a conspiracy, and therefore, the evidence weighed heavily against the jury's verdict.

As to the motion for judgment of acquittal, the United States points out that the Court previously evaluated and denied Tran's motion.  The United States argues that Tran raises no new arguments regarding the sufficiency of the evidence, and therefore,

does not meet the higher post-conviction burden. As to both the motion for judgment of acquittal and motion for new trial, the United States argues that the evidence at trial – primarily the quantity of methamphetamine involved and the evidence of repeated transactions - support a reasonable inference that Tran was a knowing participant in a conspiracy to distribute.

Upon consideration of the parties' arguments, and for the reasons set forth in the United States' response, which the Court adopts as its reasoning for this decision, Tran's motion for judgment of acquittal is DENIED and his alternative motion for a new trial is DENIED.

DONE and ORDERED this the 29th day of June 2022.

     s/ Kristi K. DuBose  
KRISTI K. DuBOSE  
UNITED STATES DISTRICT JUDGE